HARVE BOLEN v. STATE

No. A-2476.　Opinion Filed March 11, 1916.

(154 Pac. 276.)

Appeal from the County Court of Nowata County; `F. A. Calbert, Judge.

Harve Bolen, convicted of a violation of the prohibitory law, appeals. Affirmed.

H. O. Bland, for plaintiff in error.

R. McMillan, Asst. Atty. Gen., for the State.

PER CURIAM. On information filed in the county court of Nowata county, charging that in said county on the 7th day of December, 1914, the plaintiff in error, Harve Bolen, did unlawfully have in his possession intoxicating liquors, to-wit, one-half pint of whisky and six one-half to sell the same, he was tried, convicted and sentenced to be confined in the county jail for thirty days and to pay a fine of fifty dollars.

From the judgment he appeals. No brief has been filed and the was submitted on the merits. From a careful examination of this case, both as to the law and the evidence, we have failed to discover anything whereof the plaintiff in error has just right to complain. The judgment is therefore affirmed.

---

STATE OF OKLAHOMA v. J. F. MALLIN

No. A-2498.　Opinion Filed April 19, 1916.

(155 Pac. 308.)

In error from the County Court of Craig County; E. M. Probasco, Judge.

Appeal dismissed.

R. McMillan, Asst. Atty. Gen. and Willard H. Voyles, County Atty., for plaintiff in error.

PER CURIAM. In this case the state has attempted to appeal from a final order made in the proceedings had before the judge of the county court in Craig county upon an information charging that J. F. Mallin, the defendant in error did unlawfully convey and transport intoxicating liquor. No petition in error has been attached to the case-made and the same does not contain a copy of the final judgment, if any was ever rendered in the case. The attorney general conceeds that the purported appeal does not present any question for the determination of this court. The purported appeal is therefore dismissed.